[No. 11992-1-III.   Division Three.   July 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PAUL
WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 90-1-01564-6, Thomas E. Merryman, J.,

entered September 26, 1991. *Affirmed* by unpublished opinion per Shields, J. Pro Tem., concurred in by Thompson, C.J., and Sweeney, J.